UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH S. LAMAS,

Plaintiff,

-against-

XCORP., ET AL.,

Defendants.

26-CV-5496 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. Along with the complaint, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). On July 29, 2026, Plaintiff filed a letter motion seeking to withdraw his IFP application and to instead pay the $405.00 in filing fees required to file a civil action in this court. (ECF 11.) In his letter, Plaintiff states that he submitted the IFP application "due to a lack of knowledge regarding the Court's procedures" and that he is, in fact, "financially able to pay all applicable filing fees and costs associated with this litigation." (*Id.* at 1.)

The Court grants Plaintiff's request. Plaintiff's IFP application (ECF 4) is deemed withdrawn and the Court directs the Clerk of Court to strike this submission. The Court directs Plaintiff, within 30 days, to pay the $405.00 in filing fees required to bring this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge