UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICH S. LAMAS,<br><br>Plaintiff,<br><br>-against-<br><br>XCORP, ET AL.,<br><br>Defendants. | 26-CV-5496 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 10, 2026, the Court received Plaintiff's notice of voluntary dismissal. (ECF 13.)

As relevant here, the Federal Rules of Civil Procedure allow a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).[1] Defendants have not been served or appeared.

Accordingly, based on Plaintiff's notice to withdraw this action (ECF 13), this action is voluntarily dismissed without prejudice under Rule 41(a). The Clerk of Court is directed to close this case and terminate all pending motions.

SO ORDERED.

Dated: August 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[1] A voluntary dismissal under Rule 41(a) is generally without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).